No. 93–868.  IDAHO v. CURL ET AL.  Sup. Ct. Idaho.  Certiorari denied.

No. 93–915.  LADWIG v. KENTUCKY.  Cir. Ct. Ky., Kenton County.  Certiorari denied.

No. 93–939.  MCGINNIS ET AL. v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 5th Cir.  Certiorari denied.

No. 93–945.  PETROCHEM INSULATION, INC. v. UNITED ASSOCIATION OF JOURNEYMEN & APPRENTICES OF THE PLUMBING & PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 93–946.  WULIGER v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 93–950.  RUTLEDGE v. REICH, SECRETARY OF LABOR.  C. A. 11th Cir.  Certiorari denied.

No. 93–955.  BEESON ET AL. v. PHILLIPS, KING & SMITH ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 93–971.  BLODGETT, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY v. JEFFRIES.  C. A. 9th Cir.  Certiorari denied.

No. 93–984.  THOMPSON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.